IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES JONES,<br><br>Defendant. | No. CR13-2038<br><br>ORDER GRANTING MOTION TO TRANSFER TO STATE CUSTODY |

This matter comes before the Court on the Motion for Order of Transfer to State Custody Pending Disposition of Federal Charge (docket number 27) filed by the Defendant on February 21, 2014. Defendant asks that he "be returned to the custody of the State of Iowa at this time" and "be returned to federal custody for further proceedings in this case as such proceedings occur until the final disposition of this matter." According to the motion, counsel for the United States "does not resist this motion."

On December 18, 2013, Defendant was charged by Indictment with sexual exploitation of a child. At that time, Defendant was in the custody of the Iowa Department of Corrections, and confined at the Mt. Pleasant Correctional Facility in Mt. Pleasant, Iowa. At the request of the Government, the Court entered an Order for Writ of Habeas Corpus ad Prosequendum, directing the United States Marshal to take custody of Defendant and deliver him to this Court for further appropriate proceedings. Defendant initially appeared on January 8, 2014, and entered a plea of not guilty. On January 29, 2014, Defendant was charged by Superseding Indictment with sexual exploitation of a child, commission of a felony offense involving a minor while being required to register as a sex offender, enticement of a minor, and receipt of child pornography. Defendant pleaded not guilty to the Superseding Indictment at an arraignment conducted on February

3. On February 20, 2014, however, Defendant appeared and pleaded guilty to the charge. The Court ordered a presentence investigation and it is anticipated that a sentencing hearing will be held 60-90 days following Defendant's guilty plea.

The Court concludes that good cause has been shown for the requested transfer and, therefore, the motion will be granted.

## ORDER

IT IS THEREFORE ORDERED that the Motion for Order to Transfer to State Custody (docket number 27) filed by Defendant is **GRANTED**.

DATED this 24th day of February, 2014.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA